43 A.3d 1289

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Lester FLETCHER, Appellant.**

Supreme Court of Pennsylvania.

May 11, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of May, 2012, the Joint Motion for Remand for Re–Sentencing is GRANTED. This matter is remanded to the Court of Common Pleas of Philadelphia County for resentencing consistent with the parties' agreement.